1  Sean O. Anderson
    Legal Officer
2  NATIONAL PARK SERVICE
    Legal Office
3  P.O. Box 517
    Yosemite, California  95389
4  Telephone:  (209) 372-0241
5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    Docket Number  6:21-po-00506-HBK

12                 Plaintiff,

13         v.                                     **MOTION TO DISMISS**

14

15  KEVIN MCNAUGHTON,

16                 Defendant.

17

18         Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court

19  endorsed hereon, the United States hereby moves the Court for an order of dismissal of case *6:21-*

20  *po-00506-HBK,* without prejudice and in the interest of justice.

21

22                                              Respectfully submitted,

23

24                                              PHILLIP A. TALBERT
                                                Acting United States Attorney

25

26     Dated:  December 7, 2021          */S/ Sean O. Anderson_____*
                                                SEAN O. ANDERSON
27                                              Legal Officer
                                                Yosemite National Park
28

                                           1